

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBRA ZANCA, *on behalf of herself and all others similarly situated*,

        Plaintiff,

-against-

MD SOLARSCIENCES CORP.,

        Defendant.

20-CV-6972 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On December 4, 2020, the Court ordered plaintiff to show cause "in writing, no later than January 4, 2021, why her complaint should not be dismissed pursuant to Rule 4(m) for failing to serve defendant within 90 days." (Dkt. No. 7.) On January 4, 2021, plaintiff filed an affidavit of service, which states that plaintiff served MD Solarsciences Corp. with process on September 14, 2020. (Dkt. No. 8.) Pursuant to Fed. R. Civ. P. 12(a)(1)(A), defendant's answer was due October 5, 2020. Defendant has neither appeared nor responded to the complaint. No later than **January 20, 2021**, plaintiff shall inform the Court whether she intends to request a certificate of default. Plaintiff promptly shall serve this Order on defendant and shall immediately file proof of such service on the docket.

Dated: New York, New York
       January 6, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**